RECEIVED
SDNY PRO SE OFFICE

2025 JAN 29 PH 1: 13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Victoria M Serrano

_____

Write the full name of each plaintiff.

-against-

State of New York City

_____

Write the full name of each defendant. If you need more
space, please write "see attached" in the space above and
attach an additional sheet of paper with the full list of
names. The names listed above must be identical to those
contained in Section II.

_____CV_____

(Include case number if one has been
assigned)

**COMPLAINT**

Do you want a jury trial?
☐ Yes    ~~No~~

---

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed
with the court should therefore *not* contain: an individual's full social security number or full
birth date; the full name of a person known to be a minor; or a complete financial account
number. A filing may include *only*: the last four digits of a social security number; the year of
an individual's birth; a minor's initials; and the last four digits of a financial account number.
See Federal Rule of Civil Procedure 5.2.

---

Rev. 1/9/17

## I.    BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☑    **Federal Question**

☐    **Diversity of Citizenship**

### A.    If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

HPD Neglect, Abandonment - Displaced - Homeless citizen · NYS

NYC Hospital Abuse, Neglect - Abuse · NYC.

NYPD Neglect Abuse, 41

NYPD Neglect / Abuse, Yates

### B.    If you checked Diversity of Citizenship

#### 1.    Citizenship of the parties

Of what State is each party a citizen?

The plaintiff, _____ , is a citizen of the State of

(Plaintiff's name)

_____

(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

If the defendant is an individual:

The defendant, _Victoria MSewnard_, is a citizen of the State of
(Defendant's name)

_New York City_

or, if not lawfully admitted for permanent residence in the United States, a citizen or
subject of the foreign state of

_____

If the defendant is a corporation:

The defendant, _____, is incorporated under the laws of

the State of _____

and has its principal place of business in the State of _____

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in _____

If more than one defendant is named in the complaint, attach additional pages providing
information for each additional defendant.

## II. PARTIES

### A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional
pages if needed.

_HPD, NYPD, NYC Hospitals, Retaliation_

First Name  Middle Initial  Last Name

_____
Street Address

_NYS_                    _NYC_

County, City             State           Zip Code

_718 484-8939_

Telephone Number                Email Address (if available)

_929 216-7476 3001_

_917 770_

## B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1: HP.D (Housing Preservation Development)

First Name _____ Last Name

100 Gold Street — NYC.

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

NYS        NYC

County, City        State        Zip Code

Defendant 2: 68 Pricint (NYPD 68 Pricint)

First Name _____ Last Name

Bay Ridge Brooklyn NY

Current Job Title (or other identifying information)

Bay Ridge Brooklyn

Current Work Address (or other address where defendant may be served)

Brooklyn        NYS        11209

County, City        State        Zip Code

Defendant 3: Nyu Hospital (All Hospitals on Records)

First Name _____ Last Name

Current Job Title (or other identifying information)   2021, 22, 23, 24

2018

Current Work Address (or other address where defendant may be served)

NYC        NYC

County, City        State        Zip Code

Defendant 4: _____

First Name            Last Name

_____

Current Job Title (or other identifying information)

_____

Current Work Address (or other address where defendant may be served)

_____

County, City                State            Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence: _Nyc  Brooklyn 11209, Nyc Areas_

Date(s) of occurrence: _2021, 2022, 2023 2024_

## FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

_Displaced  — Homeless — Nyc/Hpo, Nypo_

_Neglect Abandoment Retaliation  Nyc Hospital_

_Major pain suffering, losses_

_Defamation of Character, Slander,_

_Libel_

_Mal,get Retaliation_

_Homeless!_

New York City ( Social Security
NYPD City Court
2017 —

Local government placed
citizen
My Identity A ~~target~~
without My permission !

Constant Violations / Staging harassment,

**INJURIES:** NYPD Etc , SBA Threating Emo
NYPD + City unions All City Agencies; Disrespect, Intimid / hospital
If you were injured as a result of these actions, describe your injuries and what medical
ation Stay O .
treatment, if any, you required and received. Retaliatory threats

physical, Mental, financial, home +

personal Property losses .

Damage to Reputation Black listed

**IV. RELIEF**

State briefly what money damages or other relief you want the court to order. Settle .
~~$ 50,000,000~~ Settle ( $50,000 —
100,000 )
( Placement along with Hud to find Apt. )
( 4 Million plus )

Reality — Is Real .

## V.  PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| | |
|---|---|
| 1, 29, 2025 | _Jms_ |
| Dated | Plaintiff's Signature |
| Victoria          M          Serrano | |
| First Name          Middle Initial          Last Name | |
| Po Box  742 | |
| Street Address | |
| NYC          NY          10116 | |
| County, City          State          Zip Code | |
| 929 - 216 - 7476 | |
| Telephone Number          718 484-3989 | Email Address (if available) |

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically: — No

☐ Yes    ☒ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

Mail Documents Please