UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VICTORIA M. SERRANO,

                         Plaintiff,

          -against-

STATE OF NEW YORK, ET AL.,

                    Defendants.

25-cv-0918 (LLS)

CIVIL JUDGMENT

For the reasons stated in the April 23, 2026, order, the complaint, filed in forma pauperis

("IFP") under 28 U.S.C. § 1915(a)(1), is dismissed.

SO ORDERED.


Dated:   April 27, 2026
           New York, New York


                               /s/ Louis L. Stanton
                                   Louis L. Stanton
                            United States District Judge